IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMEDA MADIA WILLIAMS, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PATRIOT HOME CARE, LLC,<br><br>Defendants. | 2:22-CV-00404-CCW |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered in favor of Defendant Patriot Home Care, LLC pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 13th day of October, 2022.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record